CLAUDE PHILLIPSON, Respondent, v. OLIVER NINNO, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal and pay to respondent's attorneys ten dollars by November twenty-first, and be ready for argument on November twenty-fourth.

EDWIN E. GRADY, Respondent, v. WESTERN NEW YORK AND PENNSYLVANIA TRACTION COMPANY, Appellant.— Motion to dismiss appeal denied, with leave to renew in the event that appellant fails to file and serve printed papers within a reasonable time.

JESSE R. FORD, Respondent, v. ISAAC WHITE, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by November twenty-first.

LEAH ST. DENIS, as Administratrix, etc., Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal and pay to respondent's attorney ten dollars by December twentieth.

JOHN W. KINNEY, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed brief by November twentieth and be ready for argument on November twenty-fifth.

MARY GORSKI, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

EDWARD P. NUGENT, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

MARY GASPER, an Infant, etc., Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

GEORGE J. CHARLTON, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

LEROY A. LINCOLN, as Trustee, etc., Appellant, v. I. M. LUDINGTON & SONS, INC., Respondent.— Motion granted and appeal dismissed, with costs.

F. JUDSON HESS, as Executor, etc., Respondent, v. THE HESS COMPANY, Appellant.— Motion granted and appeal dismissed.

DANIEL DEWITT and Others, Respondents, v. EARL L. DOLPH and Others, Appellants.— Motion granted and appeal dismissed, with costs.

In the Matter of the Estate of MORRIS T. SMITH (Claim of JOHN W. SNOOK).— Motion granted and appeal dismissed, with costs.

MARY DREGER, as Executrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted and appeal dismissed.

GEORGE H. GUNN, Respondent, v. MERCEN C. ROBINSON, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Judicial Settlement of the Accounts of CHARLES A. MENTER, as Executor, etc., of GEORGE H. THOMPSON, Deceased.— Appeal dismissed, without costs, and undertaking canceled upon stipulation filed.